IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., AT&T MOBILITY LLC, and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | Case No. 2:16-cv-00082-JRG <br><br> Jury Trial Demanded |

**PARTIES' JOINT MOTION FOR ENTRY OF
<u>PRIOR CLAIM CONSTRUCTION ORDER AS TO CERTAIN SPECIFIED TERMS</u>**

Plaintiff Saint Lawrence Communications LLC ("Saint Lawrence" or "SLC") and Defendants Apple Inc. ("Apple"), AT&T Mobility LLC ("AT&T"), and Cellco Partnership d/b/a Verizon Wireless ("Verizon"), (collectively "Defendants") have reached an agreement related to various disputed claim terms.

Although there are a large number of claim terms in dispute in this case, the parties note that the majority of these claim terms overlap with the terms that were in dispute in *Saint Lawrence Communications LLC v. ZTE Corporation et al.*, No. 2:15-cv-349, -351 and *Saint Lawrence Communications LLC v. HTC Corp.*, et al., No. 2:15-cv-919, -1510 (collectively, "the Co-Pending Cases"). In view of this overlap, and given the fact that the Court has already considered the claim construction arguments in the Co-Pending Cases and issued a claim

1

construction ruling in Case No. 2:15-cv-349 (Dkt. No. 236[1], the "Prior Claim Construction Order"), the parties have reached an agreement that covers the majority of the disputed claim terms and that will greatly simplify both the parties' claim construction efforts and the Court's review and analysis of the parties' claim construction disputes. Specifically, as outlined below, the parties seek to preserve judicial resources by capitalizing on the Court's prior efforts in the Co-Pending Cases and its resulting Prior Claim Construction Order while, at the same time, preserving the parties' appellate rights with respect to these disputed claim terms based on the arguments previously considered by the Court in the Co-Pending Cases. Although the parties believe that the proposal below will genuinely conserve the resources of the Court and the parties, to the extent that the parties have inadvertently overlooked any issues, the parties agree to work in good faith to address these issues in a way that minimizes any burdens on the Court.

Pursuant to this agreement, and in the interest of judicial economy, the parties respectfully request that the Court incorporate the claim construction proceedings in the Co-Pending Cases, including briefing and related exhibits, the hearing transcript, and the Court's Prior Claim Construction Order as to the terms identified in Appendices A, B, and C by reference into the record of this Action, for purposes of preserving the parties' respective rights on appeal. Specifically, the parties request that at least the following documents on file with the Court, as identified by PACER Docket Reports, be incorporated into this Action:

- *Saint Lawrence Communications LLC v. ZTE Corporation et al.*, No. 2:15-cv-349, Dkt. Nos. 59, 71, 74, 75, 76, 157, 162, 171, 174, 176, 177, 180, 182, 206, 210, 211, 212, 213, 215, 216, 221, 223, 229, 236, and 238.

---

[1] The Prior Claim Construction Order is listed as Dkt. No. 236 in PACER; however, the file-stamped version of the Prior Claim Construction Order is labelled as "Document 235" in the document header.

2

- *Saint Lawrence Communications LLC v. HTC Corp.*, et al., No. 2:15-cv-919, -1510, Dkt. Nos. 39, 66, 69, 70, 71, 78, 80, 89, 92, 94, 97, 99, 100, 121, and 122.

PACER Docket Reports dated November 16, 2016, identifying these documents, are enclosed with this joint motion as Exhibits A and B.  The parties request that the Court deem these documents and any accompanying exhibits or attachments to be part of this Action's claim construction record for purposes of preserving the parties' appellate rights.  In the event of any appeal, the parties stipulate to include copies of these documents and any accompanying exhibits or attachments in the appellate record.

The parties stipulate and hereby respectfully request an order that they have the right to appeal the Court's prior rulings on any of the terms identified in Appendices A and B in this case, and that the parties can rely on the record established in the Co-Pending Cases, including all claim construction briefing, the hearing transcript, and the Court's Prior Claim Construction Order for all appellate purposes.  That is, notwithstanding the status of the Co-Pending Actions, the parties in this Action retain the right to appeal any ruling on the claim terms identified in the Prior Claim Construction Order in their case, and the parties can rely on the record established in the Co-Pending Cases.

In view of the order sought by this pending motion, the parties will not provide additional arguments in their claim construction briefing or at the *Markman* hearing regarding the terms identified in Appendix A that the Court construed in its Prior Claim Construction Order. Further, the parties will not provide additional arguments in their claim construction briefing or at the *Markman* hearing regarding the terms identified in Appendix B that the Court also construed in its Prior Claim Construction Order, except as to the specific issues of whether each term is subject to 35 U.S.C. § 112(6).  That is, the parties stipulate to not provide additional

arguments in their claim construction briefing or at the *Markman* hearing as to the corresponding structure regarding the terms identified in Appendix B and will instead only brief the underlying question of whether each term is subject to 35 U.S.C. § 112(6).

Notwithstanding the foregoing, the parties maintain the right to seek a different construction for a particular term in the event this Court or an appellate court changes the construction of that term in the Co-Pending Actions during the pendency of this Action.

Further, the parties identify eight "means for" terms in Appendix C not addressed in the Prior Claim Construction Order. To the extent any term in Appendix C is subject to 35 U.S.C. § 112(6), the parties agree that the Court's findings on pages 11 through 15 of the Court's Prior Claim Construction Order (*Saint Lawrence Communications LLC v. ZTE Corporation et al.*, No. 2:15-cv-349, Dkt. No. 236, at 11-15 (E.D. Tex. Oct. 25, 2016) (Payne, J.)) regarding the disclosure of a computer or processor is applicable to these terms and the parties will not provide additional arguments in their claim construction briefing or at the *Markman* hearing regarding this issue. The parties respectfully request that the Court incorporate the record from the Co-Pending Cases as it relates to the Court's findings on pages 11 through 15 of the Prior Claim Construction Order and deem the corresponding arguments as being properly raised in this case for each of the terms in Appendix C for purposes of appeal. The parties anticipate that the Court can subsequently construe the terms in Appendix C as part of the claim construction order in this case, and the parties will not provide additional arguments in their claim construction briefing or at the *Markman* hearing regarding the terms identified in Appendix C, except to the extent the parties are (a) unable to reach agreement regarding whether the term is subject to 35 U.S.C. § 112(6) or (b) unable to agree on the function and corresponding specification disclosure of any algorithm for performing the recited function.

Notwithstanding the above agreement and the Prior Claim Construction Order, and for purposes of clarity, the parties agree that the following seven (7) terms are disputed terms under P.R. 4-3(b) in this Action, and the parties agree that they may provide additional arguments as to the following claim terms in their claim construction briefing or at the *Markman* hearing.

- "[synthesized] [weighted] wideband [speech] signal" (claims 1, 2, 3, 6, 11, 21, 22, 23, 26, 31, 32, 33, 36, 51, 61 of the 805 patent; claims 1, 8, 9, 15, 29, 36 of the 524 patent; claims 1, 2, 3, 8, 9, 10, 11, 12, 16, 25, 33, 49, 50 of the 802 patent; claims 1, 2, 3, 4, 5, 6, 10, 11, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 31, 34, 35, 53, 54, 55, 56, 57, 58, 62, 63, 66, 67, 69, 70, 71, 72, 73, 74, 78, 79, 82, 83, 102, 103 of the 123 patent; and claims 10, 28, 37 of the 521 patent)

- "fixed denominator" (claims 1 and 8 of the 524 patent)

- "A [device/method] for enhancing periodicity of an excitation signal produced in relation to a pitch codevector and an innovation codevector for supplying a signal synthesis filter in view of synthesizing a wideband speech signal" (preamble) (claims 1 and 11 of the 805 patent)

- "low frequency portion" (claims 1 and 11 of the 805 patent) // "reduce energy of a low frequency portion of the innovative codevector and enhance periodicity of a low frequency portion of the excitation signal" (claim 1 of the 805 patent) // "filtering the innovative codevector in relation to said periodicity factor to thereby reduce energy of a low frequency portion of the innovative codevector and enhance periodicity of a low frequency portion of the excitation signal" (claim 11 of the 805 patent )

- "high frequency content" (claims 1 and 8 of the 524 patent) // "signal preemphasis filter responsive to the wideband speech signal for enhancing a high frequency content of the wideband speech signal" (claim 1 of the 524 patent) // "to produce a preemphasised signal with enhanced high frequency content" (claim 8 of the 524 patent)

- "wherein $\gamma_2$ is set equal to $\mu$" (claims 7, 14, 21, 35, and 42 of the 524 patent)

- "said excitation signal" (claims 1, 9, and 25 of the 802 patent)

The parties respectfully submit that the above agreement will dramatically conserve the resources of the Court while allowing the parties to benefit from the Court's prior resolution of the disputed issues. Accordingly, the parties believe that there is good cause for the Court to grant the parties joint motion.

Dated: November 17, 2016

Respectfully submitted,

/s/ *Michael McBride*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Kyril Talanov
Texas Bar No. 24075139
ktalanov@azalaw.com
Jamie Aycock
Texas Bar No. 24050241
jaycock@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
     & MENSING P.C.
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

By: /s/ *Douglas Lumish (by permission)*
Douglas E. Lumish
CA State Bar No. 183863
Doug.Lumish@lw.com
Jeffrey G. Homrig
CA State Bar No. 215890
Jeff.Homrig@lw.com
Lisa Nguyen
CA State Bar No. 244280

6

Lisa.Nguyen@lw.com
S. Giri Pathmanaban
CA State Bar No. 284802
Giri.Pathmanaban@lw.com
Yasamin Parsafar
CA State Bar No. 287617
Yasamin.Parsafar@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
(650) 463-2600

James R. Bender
DC State Bar No. 1004382
James.Bender@lw.com
LATHAM & WATKINS LLP
555 Eleventh St. NW
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Blake R. Davis
CA State Bar No. 294360
Blake.Davis@lw.com
Allison Harms
CA State Bar No. 299214
Allison.Harms@lw.com
LATHAM & WATKINS LLP
505 Montgomery St. Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Cassius K. Sims
NY State Bar No. 4910469
Cassius.Sims@lw.com
LATHAM & WATKINS LLP
885 Third Avenue New York, NY 10022 (212) 906-1200
(212) 751-4864

Melissa Smith
Gilliam & Smith LLP
303 South Washington Avenue Marshall, TX 75670

melissa@gillamsmithlaw.com
(903) 934-9257

*ATTORNEYS FOR DEFENDANT APPLE INC.*


By: */s/Daniel Leventhal (by permission)*
    Brett C. Govett
    State Bar No. 08235900
    Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: 214.855.8118
Fax: 214.855.8200
brett.govett@nortonrosefulbright.com


    Daniel S. Leventhal
    State Bar No. 24050923
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010
Tel: 713.651.8360
Fax: 713.651.5246
Daniel.leventhal@nortonrosefulbright.com

    James G. Warriner
    State Bar No. 24070813
    Talbot R. Hansum
    State Bar No. 24084586
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.536.3083
Fax: 512.536.4598
jim.warriner@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

*COUNSEL for AT&T MOBILITY LLC*


By: */s/ Kevin Anderson (by permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, TX 75710
Tel: (903) 597-8311
Fax: (903) 593-0846

Kevin P. Anderson
kanderson@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
Tel: 202.719.7000
Fax: 202.719.7049

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on November 17, 2016. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                                 /s/ *Michael McBride*
                                                 Michael McBride