# Appendix A

**Appendix A**

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| 1. | "means for amplifying the found codevector with said smoothing gain to thereby produce said gain-smoothed codevector"<br><br>(Claims 21, 102, and 103 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "amplifying the found codevector with said smoothing gain to thereby produce said gain-smoothed codevector" and the corresponding structure is "amplifier 232; and equivalents thereof." |
| 2. | "means for calculating a periodicity factor in response to the pitch codevector and the innovative codevector"<br><br>(Claims 2, 12, 22, 32, 42, 52, 62 of the 805 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a periodicity factor in response to the pitch codevector and the innovative codevector" and the corresponding structure is "a processor configured such that: Method 1: $\alpha=qRp$ bounded by $\alpha<q$, and $\sigma=2qRp$ bounded by $\sigma<2q$; or Method 2: $\alpha=0.125(1+rv)$, and $\sigma=0.25(1+rv)$; and equivalents thereof." |
| 3. | "means for calculating a [first] factor representative of voicing in the wideband signal in response to at least one second wideband signal encoding parameter of said set"<br><br>(Claims 21 and 102 of 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a factor representative of voicing in the wideband signal in response to at least one second wideband signal encoding parameter of said set" and the corresponding structure is "a processor configured such that $r_v=(E_v–E_c)/(E_v+E_c)$; and equivalents thereof." |
| 4. | "means for determining a distance measure giving a similarity between adjacent, successive linear prediction filters computed during encoding of the wideband signal"<br><br>(Claims 30, 62, and 78 of 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "determining a distance measure giving a similarity between adjacent, successive linear prediction filters computed during encoding of the wideband signal" and the corresponding structure is "a processor configured such that $D_s = \sum_{i=1}^{p-1}(\text{isp}_i^{(n)} - \text{isp}_i^{(n-1)})^2$, where p is the order of the LP filter 206; and equivalents thereof." |
| 5. | "means for calculating a factor representative of stability of said wideband signal in response to at least one second wideband signal encoding parameter of said set" | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a factor representative of stability of said wideband signal in response to at least one second wideband signal encoding parameter of said set" and the corresponding structure is "a processor |

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
|  | (Claim 103 of 123 patent) | configured such that $\theta = 1.25 - D_s/400000.0$ bounded by $0 \leq \theta \leq 1$; and equivalents thereof." |
| 6. | "means for calculating a smoothing gain based on said first and second factors"<br><br>(Claim 21 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a smoothing gain based on said first and second factors" and the corresponding structure is "a processor configured such that $S_m = \lambda\theta$ and $g_s = S_m*g_0 + (1-S_m)*g$, wherein if $g < g-1$ then $g_0 = g*1.19$ bounded by $g_0 < g-1$, and wherein if $g \geq g-1$ then $g_0 = g/1.19$ bounded by $g_0 \geq g-1$; and equivalents thereof." |
| 7. | "means for calculating a smoothing gain using a non linear operation based on said voicing representative factor"<br><br>(Claim 102 of 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a smoothing gain using a non linear operation based on said voicing representative factor" and the corresponding structure is "a processor configured such that $S_m = \lambda\theta$ and $gs = S_m*g_0 + (1-S_m)*g$, wherein if $g < g-1$ then $g_0 = g*1.19$ bounded by $g_0 < g-1$, and wherein if $g \geq g-1$ then $g_0 = g/1.19$ bounded by $g_0 \geq g-1$; and equivalents thereof." |
| 8. | "means for calculating a smoothing gain using a non linear operation based on said stability representative factor"<br><br>(Claim 103 of 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a smoothing gain using a non linear operation based on said stability representative factor" and the corresponding structure is "a processor configured such that $S_m = \lambda\theta$ and $gs = S_m*g_0 + (1-S_m)*g$, wherein if $g < g-1$ then $g_0 = g*1.19$ bounded by $g_0 < g-1$, and wherein if $g \geq g-1$ then $g_0 = g/1.19$ bounded by $g_0 \geq g-1$; and equivalents thereof." |
| 9. | "means for finding an innovative codevector in an innovative codebook in relation to an index k of said innovative codebook"<br><br>(Claims 26, 58, and 74 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "finding an innovative codevector in an innovative codebook in relation to an index k of said innovative codebook" and the corresponding structure is "an algebraic codebook; and equivalents thereof." |

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| 10. | "means for finding a codevector in relation to at least one first wideband signal encoding parameter of said set" (Claims 21, 102, and 103 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "finding a codevector in relation to at least one first wideband signal encoding parameter of said set" and the corresponding structure is "an algebraic codebook; and equivalents thereof." |
| 11. | "means for calculating a second factor representative of stability of said wideband signal in response to at least one third wide band signal encoding parameter of said set" (Claims 21 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a second factor representative of stability of said wideband signal in response to at least one third wideband signal encoding parameter of said set" and the corresponding structure is "a processor configured such that $\theta = 1.25 - D_s/400000.0$ bounded by $0 \leq \theta \leq 1$; and equivalents thereof." |
| 12. | "means for calculating an energy of the corresponding pitch prediction error" (Claims 8, 17, 35, and 44 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating an energy of the corresponding pitch prediction error" and the corresponding structure is "a processor configured such that $E=\|x-by_T\|^2$; and equivalents thereof." |
| 13. | "means for calculating said periodicity factor α using the relation: $\alpha = 0.125(1 + r_v)$, where $r_v=(E_v-E_c)/(E_v+E_c)$ where $E_v$ is the energy of the pitch codevector and $E_c$ is the energy of the innovative codevector" (Claims 6, 16, 26, 36, 56, 66 of the 805 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating said periodicity factor α." and the corresponding structure is "a processor configured such that $\alpha = 0.125(1+r_v)$, where $r_v = (E_v - E_c)/(E_v + E_c)$ where $E_v$ is the energy of the pitch codevector and $E_c$ is the energy of the innovative codevector; and equivalents thereof." |
| 14. | "means for finding a codevector in a codebook in relation to said at least one first wideband signal encoding parameter" (Claims 23, 55, and 71 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "finding a codevector in a codebook in relation to said at least one first wideband signal encoding parameter" and the corresponding structure is "an algebraic codebook; and equivalents thereof." |

3

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| 15. | "means for computing a voicing factor $r_v$ by means of the following relation: $r_v=(E_v-E_c)/(E_v+E_c)$" (Claims 26, 58, and 74 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "computing a voicing factor $r_v$" and the corresponding structure is "a processor configured such that $r_v=(E_v-E_c)/(E_v+E_c)$; and equivalents thereof." |
| 16. | "means for computing a factor λ using the following relation: λ = $0.5(1-r_v)$" (Claims 28, 60, and 76 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "computing a factor λ" and the corresponding structure is "a processor configured such that λ=$0.5(1-r_v)$; and equivalents thereof." |
| 17. | "means for calculating an Imimittance [sic, Immitance] Spectral Pair distance measure between the Immitance Spectral Pairs in a present frame n of the wideband signal and the Immitance Spectral Pairs of a past frame n-1 of the wideband signal through the following relation: $D_s = \sum_{i=1}^{p-1}(isp_i^{(n)} - isp_i^{(n-1)})^2$ where p is the order of the linear prediction filters" (Claims 31, 63, and 79 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating an Immitance Spectral Pair distance measure between the Immitance Spectral Pairs in a present frame n of the wideband signal and the Immitance Spectral Pairs of a past frame n-1 of the wideband signal" and the corresponding structure is "a processor configured such that $D_s = \sum_{i=1}^{p-1}(isp_i^{(n)} - isp_i^{(n-1)})^2$, where p is the order of the LP filter 206; and equivalents thereof." |
| 18. | "means for calculating a gain smoothing factor $S_m$ based on both the first λ and second θ factors through the following relation: $S_m = λθ$" (Claims 33, 36, 65, 68, 81, and 84 of the 123 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a gain smoothing factor Sm based on both the first λ and second θ factors" and the corresponding structure is "a processor configured such that $S_m = λθ$; and equivalents thereof." |
| 19. | "means for calculating said pitch gain $b^{(j)}$ using the relation: $b^{(j)}=x^t y^{(j)}/\|y^{(j)}\|^2$" | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating said pitch gain $b^{(j)}$" and the corresponding structure is "a |

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
|  | (Claims 6, 15, 33, and 42 of the 521 patent) | processor configured such that $b^{(j)} = x^t y^{(j)}/\|y^{(j)}\|^2$ where j=0, 1, 2, . . . , K, and K corresponds to a number of signal paths, and where x is said pitch search target vector and $y^{(j)}$ is said convolved pitch codevector; and equivalents thereof." |
| 20. | "means for comparing the energies of said pitch prediction errors of the different signal paths and for choosing as the signal path having the lowest calculated pitch prediction error the signal path having the lowest calculated energy of the pitch prediction error"<br><br>(Claims 8, 17, 35, and 44 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "comparing the energies of said pitch prediction errors of the different signal paths and choosing the signal path having the lowest calculated pitch prediction error" and the corresponding structure is "a processor configured for choosing the signal path having the lowest calculated energy of the pitch prediction error; and equivalents thereof." |
| 21. | "said full-spectrum synthesized wideband signal"<br><br>(Claims 1, 9, and 25 of the 802 patent) | Preamble is not limiting |
| 22. | "perceptual weighting device for producing a perceptually weighted signal in response to a wideband speech signal"<br><br>(Claim 1 of the 524 patent) | Preamble is not limiting |
| 23. | "pitch analysis device for producing a set of pitch code book parameters"<br><br>(Claim 1 of the 521 patent) | Preamble is not limiting |
| 24. | "device for producing a gain-smoothed codevector during decoding of an encoded wideband signal from a set of wideband signal encoding parameters" and "gain- smoothed codevector producing device" | Plain meaning |

5

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
|  | (Claims 20, 21, 102 and 103 of the 123 patent) |  |
| 25. | "innovation filter for filtering the innovative codevector in relation to said periodicity factor to thereby reduce energy of a low frequency portion of the innovative codevector and enhance periodicity of a low frequency portion of the excitation signal"<br><br>(Claim 1 of the 805 patent) | Plain meaning |
| 26. | "combiner circuit for combining said pitch codevector and said innovative codevector filtered by said innovation filter to thereby produce said periodicity enhanced excitation signal" (Claim 21 of the 805 patent)<br><br>"combiner circuit for combining said pitch codevector and [said] innovative codevector to thereby produce an excitation signal" (Claims 1, 9, and 25 of the 802 patent) | Plain meaning |
| 27. | "signal synthesis filter for filtering said [periodicity enhanced] excitation signal in relation to said synthesis filter coefficients to thereby produce said synthesized wideband speech signal"<br><br>(Claim 21 of the 805 patent) | Plain meaning |
| 28. | "signal preemphasis filter responsive to the wideband speech signal for enhancing a high frequency content of the wideband speech signal to thereby produce a preemphasised signal" | Plain meaning |

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
|  | (Claim 1 of the 524 patent) |  |
| 29. | "signal injection circuit for injecting said spectrally-shaped noise sequence in said over-sampled synthesized signal version"  (Claim 1, 9, and 25 of the 802 patent) | Plain meaning |
| 30. | "a band-pass filter responsive to said filtered scaled white noise sequence for producing a band-pass filtered scaled white noise sequence"  (Claims 3, 11, 27, and 35 of the 802 patent) | Plain meaning |
| 31. | "filter for filtering the pitch codevector before supplying said pitch codevector to the pitch prediction error calculating device"  (Claims 1, 2, 11, 29, and 38 of the 521 patent) | Plain meaning |
| 32. | "voicing factor calculator ... delivering a first factor representative of voicing in the wideband signal in response to said at least one second wideband signal encoding parameter"  (Claim 20 of the 123 patent) | Plain meaning |
| 33. | "factor generator for calculating a periodicity factor related to the wideband speech signal"  (Claims 1 and 21 of the 805 patent) | Plain meaning |
| 34. | "stability factor calculator ... delivering a second factor representative of stability of said wideband signal in response to said at | Plain meaning |

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
|  | least one third wideband signal encoding parameter" (Claim 20 of the 123 patent) |  |
| 35. | "smoothing gain calculator ... delivering a smoothing gain based on said first and second factors" (Claim 20 of the 123 patent) | Plain meaning |
| 36. | "signal path" and "signal paths" (Claims 1, 2, 6, 7, 8, 10, 11, 15, 17, 29, 33, 35, 38, 42, 44, 55, 56, 59, 60, 62 of the 521 patent) | Plain meaning |
| 37. | "a frequency bandwidth generally higher than a frequency bandwidth of [said] oversampled synthesized signal version" (Claims 3, 11, 27, 35, 49, 50, 52, 53 of the 802 patent) | Plain meaning |
| 38. | "weighting of said wideband speech signal in a formant region is substantially decoupled from a spectral tilt of said wideband speech signal" (Claims 1 and 8 of the 802 patent) | Plain meaning |
| 39. | "reduce a difference between the wideband speech signal and a subsequently synthesized wideband speech signal" (Claims 1 and 8 of the 524 patent) | Plain meaning |
| 40. | "pitch search unit for producing pitch codebook parameters" | No construction necessary |
| 41. | "pitch codebook search device responsive to said perceptually | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing pitch codebook |

8

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| | weighted signal for producing pitch codebook parameters and an innovative search target vector"<br><br>(Claim 10 of the 524 patent) | parameters and an innovative search target vector" and the corresponding structure is "a processor configured to find the parameters b, T and j which minimize the mean-squared error $e^{(j)} = \|x - b^{(j)}y^{(j)}\|^2$ and configured such that $x' = x\text{-by}_T$, and equivalents thereof." |
| 42. | "innovative codebook search device, responsive to said synthesis filter coefficients and to said innovative search target vector, for producing innovative codebook parameters"<br><br>(Claim 10 of the 524 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing innovative codebook parameters" and the corresponding structure is "a processor configured to find the optimum excitation codevector $c_k$ and gain g which minimize the mean-squared error $E = \|x'\text{-}gHc_k\|^2$ and equivalents thereof." |
| 43. | "signal forming device for producing an encoded wideband [speech] signal"<br><br>(Claim 15 of the 524 patent and claim 10 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing an encoded wideband [speech] signal" and the corresponding structure is "a processor configured to multiplex the pitch codebook parameters T, b, and j, the innovation codebook parameters k and g, and the synthesis filter coefficients Â(z); and equivalents thereof." |
| 44. | "pitch prediction error calculating device for calculating a pitch prediction error of said pitch codevector from said pitch codebook search device"<br><br>(Claim 1 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "calculating a pitch prediction error of said pitch codevector from said pitch codebook search device" and the corresponding structure is "a processor configured such that $e^{(j)} = \|x\text{-}b^{(j)}y^{(j)}\|^2$, where j = 1, 2, . . . , K, and equivalents thereof." |
| 45. | "pitch codebook search device responsive to the perceptually weighted signal and linear prediction synthesis filter coefficients for producing the pitch codevector and an innovative search target vector"<br><br>(Claim 10 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing the pitch codevector and an innovative search target vector" and the corresponding structure is "a processor: configured for maximizing the search criterion $C = \dfrac{x^t y_T}{\sqrt{y_T^t y_T}}$ configured such that $v_T(n) = u(n\text{-}T)$ for n=0 . . . n=N-1, when T>N, and $v_T(n)$ is the available samples from the past excitation when |

9

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| | | T<N; and configured such that $x' = x\text{-by}_T$; and equivalents thereof." |
| 46. | "innovative codebook search device responsive to a weighted synthesis filter impulse response signal, and the innovative search target vector, for producing innovative codebook parameters"<br><br>(Claim 10 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing innovative codebook parameters" and the corresponding structure is "a processor configured to find the optimum excitation codevector $c_k$ and gain g which minimize the mean-squared error: $E = \|x'-gHc_k\|^2$, and equivalents thereof." |