# Appendix B

Appendix B

| No. | Claim Term | Court's Constructions Incorporated by Reference from the Prior Claim Construction Order (329 Action, Dkt. 235) |
|---|---|---|
| 1. | "gain adjustment module, responsive to said white noise sequence and a set of gain adjusting parameters, for producing a scaled white noise sequence"<br><br>(Claims 3, 11, 27, and 35 of the 802 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "producing a scaled white noise sequence" and the corresponding structure is "a processor configured such that $w_g = g_t w$ and equivalents thereof." |
| 2. | "spectral shaping unit for shaping the spectrum of the noise sequence in relation to linear prediction filter coefficients related to said down-sampled wideband signal"<br><br>(Claims 1, 9, and 25 of the 802 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "shaping the spectrum of the noise sequence in relation to linear prediction filter coefficients related to said down-sampled wideband signal" and the corresponding structure is "a processor configured to filter the noise $w_g$ through a bandwidth expanded version of the same LP synthesis filter used in the down-sampled domain ($1/Â(z/0.8)$), and equivalents thereof." |
| 3. | "convolution unit for convolving the pitch codevector with a weighted synthesis filter impulse response signal"<br><br>(Claims 5, 14, 32, and 41 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "convolving the pitch codevector with a weighted synthesis filter impulse response signal" and the corresponding structure is "a processor configured to convolve the vectors $v_f^{(j)}$ with the impulse response h to obtain the vectors $y^{(j)}$, where $j = 0, 1, 2, \ldots, K$, and equivalents thereof." |
| 4. | "signal fragmenting device for receiving an encoded wideband speech signal and extracting from said encoded wideband speech signal at least pitch codebook parameters, innovative codebook parameters, and synthesis filter coefficients"<br><br>(Claims 21 and 31 of the 805 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "receiving an encoded wideband speech signal and extracting from said encoded wideband speech signal at least pitch codebook parameters, innovative codebook parameters, and synthesis filter coefficients" and the corresponding structure is "a processor configured to demultiplex the long-term prediction (LTP) parameters T, b, and j per subframe, the innovation codebook index k and gain g per subframe, and the short-term prediction parameters (STP) Â(z) per frame; and equivalents thereof." |

1

| 5. | "signal fragmenting device for receiving an encoded version of a wide band signal previously down-sampled during encoding and extracting from said encoded wideband signal version at least pitch codebook parameters, innovative codebook parameters, and linear prediction filter coefficients"<br><br>(Claims 1, 9, and 25 of the 802 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "receiving an encoded version of a wideband signal previously down-sampled during encoding and extracting from said encoded wideband signal version at least pitch codebook parameters, innovative codebook parameters, and linear prediction filter coefficients" and the corresponding structure is "a processor configured to demultiplex the long-term prediction (LTP) parameters T, b, and j per subframe, the innovation codebook index k and gain g per subframe, and the short-term prediction parameters (STP) Â(z) per frame; and equivalents thereof." |
|---|---|---|
| 6. | "pitch analysis device responsive to the pitch codevector for selecting, from said sets of pitch codebook parameters, the set of pitch codebook parameters associated to the signal path having the lower calculated pitch prediction error"<br><br>(Claim 10 of the 521 patent) | This term is subject to 35 U.S.C. 112(6), and the claimed function is "selecting, from said sets of pitch codebook parameters, the set of pitch codebook parameters associated to the signal path having the lowest calculated pitch prediction error" and the corresponding structure is "a processor configured to select the parameters b, T, and j, corresponding to the $v_T$ or $v_f^{(j)}$ which minimizes the mean squared pitch prediction error, and equivalents thereof." |

2