# Appendix C

## Appendix C

| No. | Claim Term | |
|---|---|---|
| 1. | "means for finding an innovative codevector in an innovative codebook in relation to said at least one first wideband signal encoding parameter"<br><br>(claims 22, 24, 35, 54, 56, 67, 70, 72, 83 of the 123 patent) | The parties agree that this term is subject to 35 U.S.C. 112(6), that the claimed function is "finding an innovative codevector in an innovative codebook in relation to at least one first wideband encoding parameter," and that the specification links this function to the following disclosure: "algebraic codebook; and equivalents thereof."<br><br>As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term. The parties agree that the Court's findings on pages 11-15 of the Prior Claim Construction Order are applicable to this term. |
| 2. | "means for calculating the smoothing gain also in relation to an innovative codebook gain forming a fourth wideband signal encoding parameter of said set"<br><br>(claims 22, 54, and 70 of the 123 patent) | The parties agree that this term is subject to 35 U.S.C. 112(6), that the claimed function is "calculating the smoothing gain also in relation to an innovative codebook gain forming a fourth wideband signal encoding parameter of said set," and that the specification links this function to the following disclosure: "$\lambda=0.5(1-rv)$, $Sm=\lambda\theta$ and $gs = Sm*g0 + (1-Sm)*g$, wherein if $g < g-1$ then $g0 = g*1.19$ bounded by $g0 < g-1$, and wherein if $g > g-1$ then $g0 = g/1.19$ bounded by $g0 > g-1$."<br><br>As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term. The parties agree that the Court's findings on pages 11-15 of the Prior |

| No. | Claim Term | |
|---|---|---|
| | | Claim Construction Order are applicable to this term. |
| 3. | "means for computing an initial modified gain g0" (claims 35, 67, 83 of the 123 patent) | The parties agree that this term is subject to 35 U.S.C. 112(6), that the claimed function is "computing an initial modified gain g0," and that the specification links this function to the following disclosure: "if $g < g{-}1$ then $g0 = g{*}1.19$ bounded by $g0 < g{-}1$, and wherein if $g > g{-}1$ then $g0 = g/1.19$ bounded by $g0 > g{-}1$." As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term.  The parties agree that the Court's findings on pages 11-15 of the Prior Claim Construction Order are applicable to this term. |
| 4. | "means for comparing an innovative codebook gain g computed during encoding of the wideband signal to a threshold given by the initial modified gain from the past subframe g-1 as follows if $g < g{-}1$ then $g0 = g \times 1.19$ bounded by $g0 \leqq g{-}1$ and if $g \geqq g{-}1$ then $g0 = g/1.19$ bounded by $g0 \geqq g{-}1$" (claims 35, 67, 83 of the 123 patent) | The parties intend to brief the issue of whether this term is subject to 35 U.S.C. 112(6).  To the extent the Court finds that the term is subject to 35 U.S.C. 112(6), the parties agree that the claimed function is "comparing an innovative codebook gain g computed during encoding of the wideband signal to a threshold given by the initial modified gain from the past subframe g-1," and that the specification links this function to the following disclosure: "if $g < g{-}1$ then $g0 = g{*}1.19$ bounded by $g0 < g{-}1$, and wherein if $g > g{-}1$ then $g0 = g/1.19$ bounded by $g0 > g{-}1$." As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term.  The parties agree that the Court's findings on pages 11-15 of the Prior |

| No. | Claim Term | |
|---|---|---|
| | | Claim Construction Order are applicable to this term. |
| 5. | "means for determining said smoothing gain through the following relation: gs =Sm *g0+(1−Sm)*g" (claims 36, 68, 84 of the 123 patent) | The parties intend to brief the issue of whether this term is subject to 35 U.S.C. 112(6). To the extent the Court finds that the term is subject to 35 U.S.C. 112(6), the parties agree that the claimed function is "determining said smoothing gain," and that the specification links this function to the following disclosure: "gs =Sm *g0+(1−S m)*g." As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term. The parties agree that the Court's findings on pages 11-15 of the Prior Claim Construction Order are applicable to this term. |
| 6. | "means responsive to a set of wideband signal encoding parameters for decoding the received encoded wideband signal" (claims 53, 69 of the 123 patent) | The parties agree that this term is subject to 35 U.S.C. 112(6), that the claimed function is "decoding the received encoded wideband signal," and that the specification links this function to the following disclosure: "demultiplex the long-term prediction (LTP) parameters T, b, and j per subframe, the innovation codebook index k and gain g per subframe, and the short-term prediction parameters (STP) Â(z) per frame." As to whether such disclosure is sufficient, and specifically as to the disclosure of a computer or processor, the parties incorporate the existing briefing on this topic in the Co-Pending Cases by reference, and agree that such briefing is applicable to this term. The parties agree that the Court's findings on pages 11-15 of the Prior |

| No. | Claim Term | |
|---|---|---|
| | | Claim Construction Order are applicable to this term. |