IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., AT&T MOBILITY LLC, and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants. | Case No. 2:16-cv-00082-JRG <br><br> Jury Trial Demanded |

**JOINT MOTION REQUESTING ENTRY**
**OF SUPPLEMENTAL INTEL PROTECTIVE ORDER**

Plaintiff Saint Lawrence Communications LLC ("St. Lawrence") and Defendants Apple Inc., AT&T Mobility LLC, and Cellco Partnership d/b/a Verizon Wireless (Collectively, "Defendants") hereby jointly move for entry of a Supplemental Intel Protective Order to govern production of third party Intel confidential information. The agreed Supplemental Intel Protective Order is attached as Exhibit A. All parties and Intel have agreed to this Supplemental Intel Protective Order. Accordingly, the parties jointly request that the Court enter the Agreed Supplemental Intel Protective Order.

1

Dated:  February 17, 2017

Respectfully submitted,

*/s/ Masood Anjom*_ _____ _
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Masood Anjom
Texas Bar No. 24055107
manjom@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
Kyril Talanov
Texas Bar No. 24075139
ktalanov@azalaw.com
Jamie Aycock
Texas Bar No. 24050241
jaycock@azalaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@azalaw.com
Alisa A. Lipski
Texas Bar No. 24041345
alipski@azalaw.com
Weining Bai
Texas Bar No. 24101477
wbai@azalaw.com
Justin Chen
Texas Bar No. 24074024
jchen@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
     MENSING P.C.
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Andrea L. Fair
State Bar No. 24078488
andrea@wsfirm.com

2

    Claire Abernathy Henry
    State Bar No. 24053063
    claire@wsfirm.com
    Wesley Hill
    State Bar No. 24032294
    wh@wsfirm.com
    WARD, SMITH & HILL, PLLC
    P.O. Box 1231
    Longview, Texas 75606-1231
    (903) 757-6400 (telephone)
    (903) 757-2323 (facsimile)

    **ATTORNEYS FOR PLAINTIFF SAINT LAWRENCE COMMUNICATIONS LLC**

---

*/s/Blake R. Davis (by permission)*
Melissa Smith
Gilliam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670
melissa@gillamsmithlaw.com
(903) 934-9257

Douglas E. Lumish
Doug.Lumish@lw.com
Jeffrey G. Homrig
Jeff.Homrig@lw.com
S. Giri Pathmanaban
Giri.Pathmanaban@lw.com
Lisa Nguyen
lisa.nguyen@lw.com
Yasamin Parsafar
yasamin.parsafar@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
(650) 463-2600

Allison K. Harms, Pro Hac Vice
Allison.Harms@lw.com
Blake R. Davis
blake.davis@lw.com
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111

*/s/ Daniel Leventhal (by permission)*
Brett Christopher Govett
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
214/855-8118
Fax: 12148558200
brett.govett@nortonrosefulbright.com

Daniel S Leventhal
Norton Rose Fulbright US LLP - Houston
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
713-651-5151
Fax: 713-651-5246
daniel.leventhal@nortonrosefulbright.com

Talbot R. Hansum
State Bar No. 24084586
James Warriner
State Bar No. 24070813
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.536.3083
Fax: 512.536.4598
talbot.hansum@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com

3

| | |
|---|---|
| (415) 391-0600<br>(415) 395-8095 | **ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** |
| Cassius K. Sims<br>Cassius.Sims@lw.com<br>Clement Naples<br>clement.naples@lw.com<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>(212) 906-1200<br>(212) 751-4864 | |
| James R. Bender<br>james.bender@lw.com<br>Kathryn H. Ruemmler<br>kathryn.ruemmler@lw.com<br>Matthew Moore<br>matthew.moore@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh St. NW<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 | |
| **ATTORNEYS FOR DEFENDANT APPLE INC.** | |
| | */s/ Kevin Anderson (by permission)*<br>Michael E Jones<br>Potter Minton, a Professional Corporation<br>110 N College Avenue<br>Suite 500<br>Tyler, TX 75702<br>903-597-8311<br>Fax: 903-593-0846<br>mikejones@potterminton.com |
| | Kevin P. Anderson<br>kanderson@wileyrein.com<br>Floyd B. Chapman<br>fchapman@wileyrein.com<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, D.C. 20006<br>Tel: 202.719.7000<br>Fax: 202.719.7049 |

>  **ATTORNEYS FOR DEFENDANT**
>  **CELLCO PARTNERSHIP d/b/a**
>  **VERIZON WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 17, 2017.

>  /s/ *Masood Anjom*
>  Masood Anjom