IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SAINT LAWRENCE COMMUNICATIONS LLC,** § § § § *Plaintiff*, § § v. § § **APPLE INC., AT&T MOBILITY LLC, and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS** § § § § § *Defendants*. § § | Case No. 2:16-CV-00082-JRG<br><br>**Jury Trial Requested** |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS AND TESTIFY IN A CIVIL ACTION TO IEEE

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 45, Defendant AT&T Mobility LLC ("AT&T") will initiate service of the attached Subpoena to Produce Documents and Testify in a Civil Action upon the non-party Institute of Electrical and Electronics Engineers ("IEEE.")

PLEASE TAKE FURTHER NOTICE that the Subpoena to Produce Documents and Testify in a Civil Action compels testimony of at least one corporate representative of the non-party IEEE regarding the topics described in Exhibit B. The deposition and production shall occur at the time and location specified in the Subpoena to Produce Documents and Testify in a Civil Action, or alternatively at a mutually agreed upon time and location. The deposition will be recorded stenogrpahically and videographically. The deposition will continue day to day until completed.

Dated: June 26, 2017

Respectfully submitted,

By: */s/ Harry L. Gillam, Jr.*

Harry L. Gillam, Jr.
State Bar No. 07921800
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

*COUNSEL for AT&T MOBILITY LLC*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of June, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.