IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC<br>*Plaintiff*, | § § § § | |
| v. | § § | CASE NO. 2:16-cv-00082-JRG |
| APPLE INC., et al<br>*Defendants.* | § § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on August 15, 2017, between Plaintiff, Saint Lawrence Communications LLC, and Defendant, Apple Inc., at which time, the mediation session was suspended. After additional follow up between the parties and the undersigned mediator, a settlement has been reached.

Signed this 22nd day of January 2018.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 22nd day of January 2018. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom

18907289v.1 141408/00509